No. ——. Original. *Ex parte:* IN THE MATTER OF SAM SYLVESTER, PETITIONER. Submitted December 16, 1918. Decided December 23, 1918. Motion for leave to file a petition for a writ of *habeas corpus* denied. *Mr. Harold O. Mulks* for petitioner.

No. 97. F. A. HOOPER ET AL. *v.* W. S. KINGSBURY, AS SURVEYOR GENERAL AND EX OFFICIO REGISTER OF THE STATE LAND OFFICE OF THE STATE OF CALIFORNIA. Error to the District Court of Appeal, First Appellate District, of the State of California. Submitted December 17, 1918. Decided January 7, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Messenger* v. *Kingsbury,* 158 California, 611; *People* v. *California Fish Co.,* 166 California, 576; *People* v. *Banning Co.,* 166 California, 635. (2) *Equitable Life Assurance Society* v. *Brown,* 187 U. S. 308, 314; *Consolidated Turnpike Co.* v. *Norfolk &c. Ry. Co.,* 228 U. S. 596, 600; *Manhattan Life Ins. Co.* v. *Cohen,* 234 U. S. 123, 137. (3) *Campbell* .v. *Wade,* 132 U. S. 34; *Gonzales* v. *French,* 164 U. S. 338, 345; *Banning Co.* v. *California,* 240 U. S. 142, 154. *Mr. Charles C. Boynton* and *Mr. Robert T. Devlin* for plaintiffs in error. *Mr. U. S. Webb* for defendant in error.

No. 98. FRANK H. AYERS ET AL. *v.* W. S. KINGSBURY, AS SURVEYOR GENERAL AND EX OFFICIO REGISTER OF THE STATE LAND OFFICE OF THE STATE OF CALIFORNIA. Error to the District Court of Appeal, First Appellate District, of the State of California. Submitted December 17, 1918. Decided January 7, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Messenger* v. *Kingsbury,* 158 California, 611; *People* v. *California Fish Co.,* 166 California, 576; *People* v. *Banning Co.,* 166 California, 635. (2) *Equitable Life Assurance*

*Society* v. *Brown*, 187 U. S. 308, 314; *Consolidated Turn-pike Co.* v. *Norfolk &c. Ry. Co.*, 228 U. S. 596, 600; *Manhattan Life Ins. Co.* v. *Cohen*, 234 U. S. 123, 137.    (3) *Campbell* v. *Wade*, 132 U. S. 34; *Gonzales* v. *French*, 164 U. S. 338, 345; *Banning Co.* v. *California*, 240 U. S. 142, 154.   *Mr. Charles C. Boynton* and *Mr. Robert T. Devlin* for plaintiffs in error.   *Mr. U. S. Webb* for defendant in error.

---

No. 99. EDWARD H. CHAVELLE, AS TRUSTEE, ETC., *v.* WASHINGTON TRUST COMPANY.  Appeal from the Circuit Court of Appeals for the Ninth Circuit.  Submitted December 18, 1918.  Decided January 7, 1919.  *Per Curiam.*  Dismissed for want of jurisdiction upon the authority of § 4 of the Act of January 28, 1915, c. 22, 38 Stat. 803, 804.  See also *Schmitt* v. *Shadrach, ante,* p. 538. *Mr. E. C. Hughes* for appellant.  *Mr. James B. Murphy* for appellee.

---

No. 100. ANDY SUNDAY ET AL. *v.* SIDNEY T. MALLORY ET AL.  Appeal from the Circuit Court of Appeals for the Eighth Circuit.  Submitted December 18, 1918.  Decided January 7, 1919. ` *Per Curiam.*  Reversed with costs, except as to the one-sixth interest conveyed by Andy Sunday, as to which judgment is affirmed, upon the authority of *Brader* v. *James*, 246 U. S. 88; *Talley* v. *Burgess*, 246 U. S. 104.  And see *David* v. *Youngken*, 250 Fed. Rep. 208; *Harris* v. *Bell*, 250 Fed. Rep. 209.  *Mr. Assistant Attorney General Kearful, Mr. Joseph C. Stone* and *Mr. J. H. Langley* for appellants.  *Mr. J. W. Zevely* for appellees.

---

No. 105. J. W. SELSOR *v.* STATE OF LOUISIANA.  Error to the Supreme Court of the State of Louisiana.  Sub-